1  ANTHONY L. MARTIN, ESQ.
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  JILL GARCIA, ESQ.
   Nevada Bar No. 7805
4  jill.garcia@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV 89169
7  Telephone: 702.369.6800
8  Fax: 702.369.6888

9  *Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW MOSER,<br><br>        Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 2:15-cv-00757-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Andrew Moser ("Plaintiff") and Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde, and Dominic Taleghani ("Defendants")[1], by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against

---

[1] Individual Defendants Bruce Polansky and James Grimes were terminated per Notice of Voluntary Dismissal on December 18, 2015. (ECF No. 29.) Defendant Kristen Hayde was dismissed on August 17, 2017 (*see* Transcript of Motion Hearing), and Defendant Dominic Taleghani was dismissed on May 31, 2016 (*see* Transcript of Motion Hearing).

Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety. Each party to bear their own fees and costs.

Dated this 9th day of July, 2019.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Eran S. Forster | /s/ Jill Garcia |
| Daniel R. Watkins | Anthony L. Martin |
| Eran S. Forster | Jill Garcia |
| 8215 South Eastern Avenue | 3800 Howard Hughes Parkway |
| Suite 265 | Suite 1500 |
| Las Vegas, NV 89123 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Andrew Moser* | *Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of July, 2019.

39193495.1

2